IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrell Artist Donald,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>　　　　　Respondents. | No. CV-19-03305-PHX-JJT (CDB)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 9) ("R&R") submitted in this matter by United States Magistrate Judge Camille D. Bibles, recommending the Court deny the pending Petition for Habeas Corpus (Doc. 1). In the R&R, Judge Bibles warned Petitioner he had 14 days from the date of its service to file any objections thereto, and failure to timely file any objections "will be considered a waiver of [Petitioner]'s right to appellate consideration of the issues" per *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003), and a waiver if his right to appellate review of any findings of fact and conclusions of law the Court adopts in this Order pursuant to the R&R, per Fed. R. Civ. P. 72. (Doc. 9 at 17.)

It has been nearly five weeks since entry of the R&R and Petitioner filed no objections; he therefore has waived the above rights. Even if the Court reviewed the R&R on its merits, however, it would conclude that Judge Bibles's recommendations and findings are all legally sound and supported by the record.

. . . .

Judge Bibles correctly concluded in the R&R that Petitioner has provided no evidence to contradict his sworn statements at his change of plea hearing that his guilty plea was knowing, intelligent and voluntary. There is no evidence, therefore, to support a claim of coercion. Moreover there is no showing Petitioner's counsel's performance was deficient under the standards set and refined, respectively, in *Strickland v. Washington,* 466 U.S. 668, 690 (1984), *Hill v. Lockhart*, 474 U.S. 52, 56-7 (1985), or *McMann v. Richardson*, 397 U.S. 759, 771 (1970). Petitioner does not state an ineffective assistance of counsel claim.

IT IS ORDERED adopting the Report and Recommendation (Doc. 9) including its underlying reasoning.

IT IS FURTHER ORDERED denying and dismissing with prejudice the Petition for Habeas Corpus (Doc. 1).

IT IS FURTHER Ordered denying a Certificate of Appealability, upon the Court's finding that Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this matter.

Dated this 1st day of June, 2020.

Honorable John J. Tuchi
United States District Judge